UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| INFINITY FLUIDS, CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:12-cv-40004-TSH |
| ) | |
| GENERAL DYNAMICS LAND ) | |
| SYSTEMS, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**GENERAL DYNAMICS LAND SYSTEMS, INC.'S MOTION TO COMPEL ARBITRATION AND DISMISS THIS ACTION**

Defendant General Dynamics Land Systems, Inc. ("General Dynamics") hereby requests that this Court, pursuant to the Federal Arbitration Act, 9 U.S.C. § 4, issue an order (1) compelling the plaintiff, Infinity Fluids, Corp. ("Infinity") to arbitrate each of the claims in its Complaint; and (2) dismissing Infinity's Complaint in its entirety.

The detailed grounds for General Dynamics' motion are set forth in the accompanying memorandum.

1

Respectfully submitted,

GENERAL DYNAMICS LAND SYSTEMS, INC.,

By its attorneys,

/s/ Gregory P. Teran_____
Gregory P. Teran, Esq. (BBO #643402)
Daniel M. Esrick, Esq. (BBO #647676)
Wilmer Cutler Pickering Hale and Dorr LLP
Boston, MA 02109
Phone: (617) 526-6000
Fax:  (617) 526-5000
Email:  gregory.teran@wilmerhale.com
Email:  daniel.esrick@wilmerhale.com

/s/ John O. Mirick_____
John O. Mirick, Esq. (BBO #349240)
Michael R. Christy, Esq.  (BBO #659104)
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone:  (508) 791-8500
Fax:  (508) 791-8502
Email:  jmirick@mirickoconnell.com
Email:  mchristy@mirickoconnell

Dated:   February 25, 2013

### CERTIFICATE OF SERVICE

I, Daniel M. Esrick, hereby certify that on February 25, 2013, the foregoing document was served electronically on all counsel of record via the Court's electronic filing system.

/s/ Daniel M. Esrick \_\_\_\_
Daniel M. Esrick