UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| INFINITY FLUIDS, CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GENERAL DYNAMICS LAND ) <br> SYSTEMS, INC. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 4:12-cv-40004-TSH |

## DECLARATION OF DANIEL M. ESRICK IN SUPPORT OF GENERAL DYNAMICS LAND SYSTEMS, INC.'S MOTION TO COMPEL ARBITRATION AND DISMISS THIS ACTION

1.  I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel to defendant, General Dynamics Land Systems, Inc. ("General Dynamics"), in the above-captioned action. I submit this declaration in support of General Dynamics' Motion to Compel Arbitration and Dismiss this Action.

2.  Attached hereto as **Exhibit A** is a true and correct copy of the May 8, 2008 Proprietary Data Agreement between General Dynamics and plaintiff Infinity Fluids, Corp. ("Infinity"). (Bates Nos. GDLS-INF00007791-7793).

3.  Attached hereto as **Exhibit B** is a true and correct copy of the General Dynamics Purchase Order Terms and Conditions. (Bates Nos. GDLS-INF00007794-7811).

4.  Attached hereto as **Exhibit C** is a true and correct copy of a February 24, 2012 letter from Greg Teran to Catherine Rajwani.

1

5.  Attached hereto as **Exhibit D** is a true and correct copy of a March 15, 2012 letter from Catherine Rajwani to Greg Teran.

I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Dated: February 22, 2013

Daniel M. Esrick

## CERTIFICATE OF SERVICE

I, Daniel M. Esrick, hereby certify that on February 25, 2013, the foregoing document was served electronically on all counsel of record via the Court's electronic filing system.

/s/ Daniel M. Esrick
Daniel M. Esrick